LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MOSQUEDA, ) | No.  EDCV 11-1544 SS |
| ) | |
|     Plaintiff, ) | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| ) | |
|     v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner Of Social Security, ) | |
| ) | |
|     Defendant. ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND EIGHT HUNDRED NINETY THREE DOLLARS AND 65/100 ($1,893.65) subject to the terms of the stipulation.

DATE:  November 15, 2012    _____/S/_____
                                HON. SUZANNE H. SEGAL
                                UNITED STATES MAGISTRATE JUDGE